## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH DAKOTA
## SOUTHERN DIVISION

| | |
|---|---|
| Kristina Hornback,<br><br>    Plaintiff,<br><br>v.<br><br><br>Nelnet Servicing, LLC, d/b/a Firstmark Services, and Equifax Information Services, LLC<br><br><br><br>    Defendants. | Case No.: 4:23-cv-04191-LLP<br><br>**NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC** |

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant Equifax Information Services, LLC ("Equifax"). Plaintiff and Equifax are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Equifax will be finalized within the next sixty (60) days.

Dated:     February 6, 2024

                                            */s/ Jacob Dawson*
                                            Jacob Dawson
                                            Lammers, Kleibacker, Dawson and Miller, LLP
                                            108 N. Egan Ave. PO Box 45
                                            Madison, SD 57042
                                            Telephone: (605) 256-6677
                                            Fax: (605) 256-6679
                                            Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on February 6, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

                                           /s/ Jacob Dawson
                                           Jacob Dawson