## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH DAKOTA
## SOUTHERN DIVISION

| | |
|---|---|
| Kristina Hornback,<br><br>　　　　Plaintiff,<br><br>v.<br><br><br>Nelnet Servicing, LLC, d/b/a Firstmark Services, and Equifax Information Services, LLC<br><br><br>　　　　Defendants. | Case No.: 4:23-cv-04191-LLP<br><br>**NOTICE OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant Equifax Information Services, LLC may be dismissed with prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against remaining Defendants remain pending.

Dated:　　March 1, 2024

　　　　　　　　　　　　　　　　　　　　　　*/s/ Jacob Dawson*
　　　　　　　　　　　　　　　　　　　　　　Jacob Dawson
　　　　　　　　　　　　　　　　　　　　　　Lammers, Kleibacker, Dawson and Miller, LLP
　　　　　　　　　　　　　　　　　　　　　　108 N. Egan Ave. PO Box 45
　　　　　　　　　　　　　　　　　　　　　　Madison, SD 57042
　　　　　　　　　　　　　　　　　　　　　　Telephone: (605) 256-6677
　　　　　　　　　　　　　　　　　　　　　　Fax: (605) 256-6679
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on March 1, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

<u>/s/ Jacob Dawson</u>
Jacob Dawson