# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH DAKOTA
# SOUTHERN DIVISION

| | |
|---|---|
| Kristina Hornback,<br><br>    Plaintiff,<br><br>v.<br><br>Nelnet Servicing, LLC, d/b/a Firstmark Services, and Equifax Information Services, LLC<br><br><br>    Defendants. | Case No.: 4:23-cv-04191-LLP<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT NELNET SERVICING, LLC D/B/A FIRSTMARK SERVICES** |

    Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant Nelnet Servicing, LLC Firstmark Services ("Firstmark"). Plaintiff and Firstmark are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Firstmark will be finalized within the next sixty (60) days. Plaintiff has now reached settlements with all Defendants.

    Dated:    April 15, 2024

                                                        */s/ Jacob Dawson*
                                                        Jacob Dawson
                                                        Lammers, Kleibacker, Dawson and Miller, LLP
                                                        108 N. Egan Ave. PO Box 45
                                                        Madison, SD 57042
                                                        Telephone: (605) 256-6677
                                                        Fax: (605) 256-6679
                                                        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on April 15, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

<u>/s/ Jacob Dawson</u>
Jacob Dawson