# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH DAKOTA
# SOUTHERN DIVISION

| | |
|---|---|
| Kristina Hornback,<br><br>       Plaintiff,<br><br>v.<br><br>Nelnet Servicing, LLC, d/b/a Firstmark Services, and Equifax Information Services, LLC<br><br><br>       Defendants. | Case No.: 4:23-cv-04191-LLP<br><br>**NOTICE OF DISMISSAL AS TO DEFENDANT NELNET SERVICING, LLC D/B/A/ FIRSTMARK SERVICES** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant Nelnet Servicing, LLC d/b/a Firstmark Services may be dismissed with prejudice, with the parties to bear their own fees and costs. All parties have now been dismissed and this matter may be dismissed in its entirety.

Dated:    April 22, 2024

/s/ Jacob Dawson
Jacob Dawson
Lammers, Kleibacker, Dawson and Miller, LLP
108 N. Egan Ave. PO Box 45
Madison, SD 57042
Telephone: (605) 256-6677
Fax: (605) 256-6679
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on April 22, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

<u>/s/ Jacob Dawson</u>
Jacob Dawson