UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| KRISTINA HORNBACK, | CIV 23-4191 |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| EQUIFAX INFORMATION SERVICES, LLC; and NELNET SERVICES, LLC, d/b/a Firstmark Services, | |
| Defendants. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Plaintiff has filed a Notice of Dismissal as to Defendant Equifax Information Services, LLC, Doc. 9, and a Notice of Dismissal as to Defendant Nelnet Servicing, LLC, d/b/a Firstmark Services, Doc. 10.

In accordance with Plaintiff's Notices of Voluntary Dismissal filed pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(I), it is

ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint and First Amended Complaint against Defendants are dismissed on the merits, with prejudice, each party to bear its own costs and fees.

Dated this 30th day of April, 2024.

BY THE COURT:

*Lawrence L. Piersol* (signature)
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW THELEN, CLERK

*Matthew Thelen* (signature)